IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**DUSTIN ELSWICK, individually,**

v.                                                            **Civil Action No. 3:21-cv-00468**
                                                                               **Honorable Robert C. Chambers**

**BRIAN D. HALL, individually, XERXES RAHMATI, individually, SCOTT A. LOWTHER, individually, BRIAN LOCKHART, individually, PUTNAM COUNTY COMMISSION, a political subdivision of the State of West Virginia, JOHN DOE, an individual,**

      **Defendants.**

### DEFENDANT PUTNAM COUNTY COMMISSION'S
### MOTION TO DISMISS PLAINTIFFS' COMPLAINT

**COMES NOW** Defendant Putnam County Commission, by and through its counsel, the law firm of Bailey & Wyant, PLLC, Charles R. Bailey and Jeffrey M. Carder and for reasons more fully supported in the Memorandum of Law filed contemporaneously herewith, moves this Court for entry of an order dismissing Plaintiff's claims asserted against it.

**WHEREFORE**, Defendant Putnam County Commission respectfully moves this Court for entry of an Order granting its motion to dismiss the Putnam County Commission for all of Plaintiff's claims asserted against it and for all other relief that this Court deems just and appropriate.

                                                                                **PUTNAM COUNTY COMMISSION,**
                                                                                **By Counsel,**

 /s/ Jeffrey M. Carder
**Charles R. Bailey (WV Bar # 0202)**
**Jeffrey M. Carder (WV Bar # 12725)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**cbailey@baileywyant.com**
**jcarder@baileywyant.com**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**DUSTIN ELSWICK, individually,**

v.      **Civil Action No. 3:21-cv-00468**
       **Honorable Robert C. Chambers**

**BRIAN D. HALL, individually, XERXES RAHMATI, individually, SCOTT A. LOWTHER, individually, BRIAN LOCKHART, individually, PUTNAM COUNTY COMMISSION, a political subdivision of the State of West Virginia, JOHN DOE, an individual,**

     **Defendants.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing **"DEFENDANT PUTNAM COUNTY COMMISSION'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT"** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, Monday, October 25, 2021:

John H. Bryan
Law Office of John H. Bryan
PO Box 366
Union, WV 24983
*Attorney For: Mason Dillon*

Lori D. Counts-Smith
Lewis Glasser PLLC
300 Summers Street, Suite 700
Charleston, WV 25301
*Attorney For: Brian D. Hall, Kenny Davis, Scott A. Lowther, Xerxes Rahmati*

  /s/ Jeffrey M. Carder
**Charles R. Bailey (WV Bar # 0202)**
**Jeffrey M. Carder (WV Bar # 12725)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**cbailey@baileywyant.com**
**jcarder@baileywyant.com**