

36 ADAMS STREET
P.O. BOX 607
CHAPMANVILLE, WV 25508-0607
304.310.4263 TELEPHONE
304.310.4264 FACSIMILE
rob@kuenzellaw.com

August 12, 2022

Honorable Robert C. Chambers
Sidney L Christie Federal Bldg, 2nd
845 Fifth Avenue
Huntington, WV 25701-2014

| | | |
|---|---|---|
| **RE:** | **Our File No.:** | **8059** |
| | **Case:** | **Elswick, Dustin v Putnam Co. Commission, et al** |
| | **Case No.:** | **3:21-CV-00468** |
| | **Mediation Date:** | **August 12, 2022** |

Dear Judge Chambers:

    I served as mediator in the above styled matter on the above date. Although the parties and their representatives appeared for the mediation process, we were *not* able to resolve this matter. I have advised the parties that I remain willing to help in the event that they believe further assistance may aid in resolving this matter.

    If you have any questions please feel free to contact me. I am,

Very truly yours,

*Robert Kuenzel*

Robert Kuenzel

RBK
Enclosure
cc: Counsel