IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**DUSTIN ELSWICK, individually,**

    Plaintiff,

v.                                                     Civil Action No. 3:21-cv-00468
                                                       Honorable Robert C. Chambers

**BRIAN D. HALL, individually, XERXES RAHMATI, individually, SCOTT A. LOWTHER, individually, RYAN LOCKHART, individually, PUTNAM COUNTY COMMISSION, a political subdivision of the State of West Virginia, JOHN DOE, an individual,**

    Defendants.

### DEFENDANT PUTNAM COUNTY COMMISSION'S MOTION FOR SUMMARY JUDGMENT

    **COMES NOW** Defendant Putnam County Commission, by and through its counsel, the law firm of Bailey & Wyant, PLLC, Charles R. Bailey and Celeste E. Webb and for reasons more fully supported in the Memorandum of Law filed contemporaneously herewith, moves this Court for entry of an Order granting summary judgment in his favor and against the Plaintiff.

    **WHEREFORE**, Defendant Putnam County Commission respectfully moves this Court for entry of an Order granting summary judgment to them and against the Plaintiff and for all other relief that this Court deems just and proper.

                                                      **Putnam County Commission,
By Counsel,**

 /s/   Celeste E. Webb
**Charles R. Bailey (WV Bar #0202)**
**Celeste E. Webb (WV Bar #10624)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**cbailey@baileywyant.com**
**cwebb@baileywyant.com**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

**DUSTIN ELSWICK, individually,**

    Plaintiff,

v.                                                      **Civil Action No. 3:21-cv-00468**
                                                                   **Honorable Robert C. Chambers**

**BRIAN D. HALL, individually, XERXES RAHMATI, individually, SCOTT A. LOWTHER, individually, RYAN LOCKHART, individually, PUTNAM COUNTY COMMISSION, a political subdivision of the State of West Virginia, JOHN DOE, an individual,**

    **Defendants.**

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of foregoing **DEFENDANT PUTNAM COUNTY COMMISSION'S MOTION FOR SUMMARY JUDGMENT** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, December 7, 2022:

John H. Bryan
Law Office of John H. Bryan
PO Box 366
Union, WV  24983
*Attorney For: Dustin Elswick*

Sandra H. Kinney
Hannah K. Wright
Lewis Glasser PLLC
P. O. Box 1746
300 Summers Street, Ste. 700
Charleston, WV  25326
*Attorney For: Brian D. Hall, Brian Lockhart, Scott A. Lowther, Xerxes Rahmati*

  **/s/ Celeste E. Webb**
**Charles R. Bailey (WV Bar #0202)**
**Celeste E. Webb (WV Bar #10624)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**cbailey@baileywyant.com**
**cwebb@baileywyant.com**