**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT HUNTINGTON**

**DUSTIN ELSWICK, individually,**

      **Plaintiff,**

**vs.**
                                **Civil Action No.: 3:21-cv-00468**
                                **Honorable Robert C. Chambers**

**BRIAN D. HALL, individually,**
**XERXES RAHMATI, individually,**
**SCOTT A. LOWTHER, individually,**
**RYAN LOCKHART, individually,**
**PUTNAM COUNTY COMMISSION,**
**a political subdivision of the State of West**
**Virginia, JOHN DOE, an individual,**

      **Defendants.**

## <u>NOTICE OF MEDIATION</u>

PLEASE TAKE NOTICE that mediation in the above-styled matter between Plaintiff, Dustin Elswick, and Defendants, Brian D. Hall, Xerxes Rahmati, Scott A. Lowther, and Ryan Lockhart, will take place on **Thursday, December 15, 2022** commencing at **1:00 p.m.** at the law offices of Lewis Glasser PLLC, 300 Summers Street, Suite 700, Charleston, West Virginia with Robert B. Kuenzel serving as mediator.

You are invited to attend to protect your interests.

                                **BRIAN D. HALL, XERXES RAHMATI,**
                                **SCOTT A. LOWTHER, AND**
                                **RYAN LOCKHART**

                                **By Counsel,**

s/Sandra Henson Kinney, Esq.

Sandra Henson Kinney, Esq., WVSB No. 6329
Hannah K. Wright, Esq., WVSB 14311
**LEWIS GLASSER PLLC**
P. O. Box 1746
Charleston, WV  25326
Telephone:     (304) 345-2000
Facsimile:     (304) 343-7999
skinney@lewisglasser.com
hwright@lewisglasser.com

Page **2** of **4**

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON**

**DUSTIN ELSWICK, individually,**

      **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　**Civil Action No.: 3:21-cv-00468**
　　　　　　　　　　　　　　　　　　　　　　**Honorable Robert C. Chambers**

**BRIAN D. HALL, individually,
XERXES RAHMATI, individually,
SCOTT A. LOWTHER, individually,
RYAN LOCKHART, individually,
PUTNAM COUNTY COMMISSION,
a political subdivision of the State of West
Virginia, JOHN DOE, an individual,**

      **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, I electronically filed the foregoing **NOTICE OF MEDIATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John H. Bryan, Esq.
John H. Bryan, Attorney at Law
P. O. Box 366
Union, WV 24983
**COUNSEL FOR PLAINTIFF**

Charles R. Bailey, Esq.
Celeste E. Webb, Esq.
Bailey & Wyant, PLLC
P. O. Box 3710
Charleston, WV  25337
**COUNSEL FOR PUTNAM COUNTY COMMISSION**

s/ Sandra Henson Kinney, Esq.

Sandra Henson Kinney, Esq., WVSB No. 6329
**LEWIS GLASSER PLLC**
P. O. Box 1746
Charleston, WV  25326
Telephone:     (304) 345-2000
Facsimile:      (304) 343-7999
skinney@lewisglasser.com
***Counsel for Brian D. Hall, Xerxes Rahmati,***
***Scott A. Lowther, and Ryan Lockhart***