

36 ADAMS STREET
P.O. BOX 607
CHAPMANVILLE, WV 25508-0607
304.310.4263 TELEPHONE
304.310.4264 FACSIMILE
rob@kuenzellaw.com

December 15, 2022

Honorable Robert C. Chambers
Sidney L Christie Federal Bldg, 2nd
845 Fifth Avenue
Huntington, WV 25701-2014

    **RE:**    **Our File No.:**    **8059**
            **Case:**    **Elswick, Dustin v Putnam Co. Commission, et al**
            **Case No.:**    **3:21-CV-00468**
            **Mediation Date:**    **December 15, 2022**

**Dear Judge Chambers:**

    I again served as mediator in the above styled matter on the above date. As you may recall, I previously mediated this matter on August 12, 2022. Although the parties and their representatives again appeared for the mediation process, we were *not* able to resolve this matter. I have advised the parties that I remain willing to help in the event that they believe further assistance may aid in resolving this matter.

    If you have any questions please feel free to contact me. I am,

                             Very truly yours,

                             *Robert Kuenzel*

                             Robert Kuenzel

RBK
Enclosure
cc: Counsel