

36 ADAMS STREET
P.O. BOX 607
CHAPMANVILLE, WV 25508-0607
304.310.4263 TELEPHONE
304.310.4264 FACSIMILE
rob@kuenzellaw.com

December 16, 2022

Honorable Robert C. Chambers
Sidney L Christie Federal Bldg, 2nd
845 Fifth Avenue
Huntington, WV 25701-2014

RE:    Our File No.:    8059
       Case:    Elswick, Dustin v Putnam Co. Commission, et al
       Case No.:    3:21-CV-00468
       Mediation Date:    December 15, 2022

Dear Judge Chambers:

    Yesterday I informed you that the above matter was not resolved at the parties' subsequent mediation. However, I am pleased to report that counsel in the above matter continued to work with their clients to resolve this matter. An Order reflecting the resolution of this action should be forthcoming.

    If you have any questions please feel free to contact me. I am,

Very truly yours,

*Robert Kuenzel*

Robert Kuenzel

RBK
Enclosure
cc: Counsel