IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

DUSTIN ELSWICK, individually,

          Plaintiff,

v.                         CIVIL ACTION NO.   3:21-0468

BRIAN D. HALL, individually,
XERXES RAHMATI, individually,
SCOTT A. LOWTHER, individually,
RYAN LOCKHART, individually,
PUTNAM COUNTY COMMISSION,
a political subdivision of the State of West Virginia,
JOHN DOE, an individual,

          Defendants.

## ORDER

The Court has been advised by counsel of the pending settlement of this action. It being unnecessary to conduct further proceedings in this matter, the Court **ORDERS** as follows:

1. That this action be **STAYED**. The Court will lift the stay for good cause shown upon the motion of a party. Such motion must be made within thirty days of the entry of this Order.

2. That the parties submit an agreed order of dismissal by **January 19, 2023**. If the parties fail to submit an agreed dismissal order by **January 19, 2023**, **the Court will enter an order dismissing the case without prejudice.** This date may only be extended by order of this Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:    December 19, 2022

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE