IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**DUSTIN ELSWICK, individually,**

    **Plaintiff,**

vs.                                                         **Civil Action No.: 3:21-cv-00468**
                                                           **Honorable Robert C. Chambers**

**BRIAN D. HALL, individually,**
**XERXES RAHMATI, individually,**
**SCOTT A. LOWTHER, individually,**
**RYAN LOCKHART, individually,**
**PUTNAM COUNTY COMMISSION,**
a political subdivision of the State of West
Virginia, **JOHN DOE, an individual,**

    **Defendants.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the remaining parties, by counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and enter into this Stipulation of Dismissal of Defendants Brian D. Hall, Xerxes Rahmati, Scott A. Lowther, and Ryan Lockhart as to the claims asserted by Plaintiff, Dustin Elswick, in the Complaint instituting the instant action against said Defendants.  According to the stipulation of the parties, such dismissal shall be **with prejudice**.

**Prepared and Presented by:**

/s/ Sandra Henson Kinney
Sandra Henson Kinney (WV Bar #6329)
Hannah K. Wright (WV Bar #14311)
Lewis Gianola PLLC
P. O. Box 1746
Charleston, WV  25326
(304) 345-2000
*Counsel for Defendants Brian D. Hall, Ryan Lockhart, Scott A. Lowther, and Xerxes Rahmati*

**Agreed to By:**

/s/ John H. Bryan (w/permission)
John H. Bryan (WV Bar #10259)
Law Office of John H. Bryan
P. O. Box 366
Union, WV 24983
(304) 772-4999
*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON**

**DUSTIN ELSWICK, individually,**

    **Plaintiff,**

vs.                                           **Civil Action No.: 3:21-cv-00468
Honorable Robert C. Chambers**

**BRIAN D. HALL, individually,
XERXES RAHMATI, individually,
SCOTT A. LOWTHER, individually,
RYAN LOCKHART, individually,
PUTNAM COUNTY COMMISSION,**
a political subdivision of the State of West
Virginia, **JOHN DOE, an individual,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2023, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John H. Bryan, Esq.
John H. Bryan, Attorney at Law
P. O. Box 366
Union, WV 24983
**COUNSEL FOR PLAINTIFF**

Charles R. Bailey, Esq.
Celeste E. Webb, Esq.
Bailey & Wyant, PLLC
P. O. Box 3710
Charleston, WV  25337
**COUNSEL FOR PUTNAM COUNTY COMMISSION**

        s/ Sandra Henson Kinney, Esq.
        Sandra Henson Kinney, Esq., WVSB No. 6329
        **LEWIS GIANOLA PLLC**
        P. O. Box 1746
        Charleston, WV  25326
        Telephone:   (304) 345-2000
        Facsimile:   (304) 343-7999
        skinney@lewisgianola.com
        ***Counsel for Brian D. Hall, Xerxes Rahmati,***
        ***Scott A. Lowther, and Ryan Lockhart***